**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff,
GUARDIAN POOL FENCE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN POOL FENCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WEB DIRECT BRANDS, INC., <br><br> Defendant. | Case No.  CV13-06548-SJO-SH <br><br> Hon. S. James Otero <br><br> **STIPULATION OF DISMISSAL OF ACTION** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff Guardian Pool Fence Systems, Inc., by its attorneys, hereby dismisses its claim of patent infringement with prejudice, with each party to bear its own costs, including attorney's fees. Defendant Web Direct Brands, Inc., by its attorneys, stipulates to this dismissal.

DATED:  December 10, 2013            Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ Edward R. Schwartz
        Edward R. Schwartz

Attorneys for Plaintiff,
GUARDIAN POOL FENCE SYSTEMS, INC.

-1-

| | | |
|---|---|---|
| 1 | So Stipulated: | |
| 2 | DATED:  December 10, 2013 | CARLTON FIELDS, P.A. |
| 3 | | |
| 4 | | By /s/ Jill Riola |
| 5 | | Jill Riola |
| 6 | | Attorneys for Defendant, WEB DIRECT BRANDS, INC. |
| 7 | SES PAS1271825.1-*-12/10/13 11:56 AM | |

-2-